AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

*Amber Jefferson*
NAME OF DEBTOR(S)

*3341 Holly Hill Pkwy*
ADDRESS

*Ellenwood GA 30294*
CITY, STATE, ZIP

CASE NO. __13-76963__

TELEPHONE NO. _____

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 16 2013  AM 10:42

M. REGINA THOMAS
CLERK

BY: *Jackie Dukes*
DEPUTY CLERK

**PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF**

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:   YES ( )   NO (✓)

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____                    _____
CITY, STATE, ZIP CODE                    TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:   YES ( )   NO ( )   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:   YES (✓)   NO ( )

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
*Ch. 7   Bonafield*

*Amber Jefferson*
PRO SE PETITIONER

Subscribed and sworn to before me on the *16* day of *December, 2013*

_____                    *Jackie Dukes*
NOTARY PUBLIC                            DEPUTY CLERK

F61 (psafdt) 12/02